ROMAIN, Respondent, v. LONG ISLAND R. CO., Appellant. (Supreme Court, Appellate

Division, Second Department. October 4, 1912.) Action by Frank Romain, Jr., an infant, etc., against the Long Island Railroad Company. No opinion. Motions denied, without costs. See, also, 136 N. Y. Supp. 1146.